UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD WEAN,

    Plaintiff,

v.   Case No.:   2:23-cv-302-SPC-NPM

MELINDA MASTERS, YEN LE
JON P. CARNER, and JARAD
ANDERSON,

    Defendants.
_____/

## OPINION AND ORDER

Before the Court are three "Motion[s] of Clarification" filed by Plaintiff Richard Wean (Docs. 83, 84, and 85). The motions relate to three motions for injunctive relief the Court denied on March 28, 2025. (*See* Doc. 78). The Court construes the motions for clarification as requests for reconsideration because they ask the Court to grant the motions it denied in the prior order.

Reconsideration of a prior order is an extraordinary measure that should be applied sparingly. *Adams v. Beoneman*, 335 F.R.D. 452, 454 (M.D. Fla. 2020). Court orders are not intended as first drafts subject to revisions at a litigant's pleasure, so a movant must establish extraordinary circumstances supporting reconsideration. *Gold Cross EMS, Inc. v. Children's Hosp. of Ala.*, 108 F. Supp. 3d 1376, 1384 (S.D. Ga. 2015). "A motion for reconsideration

should raise new issues, not merely readdress issues previously litigated." *PaineWebber Income Props. v. Mobil Oil Corp.*, 902 F. Supp. 1514, 1521 (M.D. Fla. 1995).

Wean presents no extraordinary circumstances to warrant reconsideration of the Court's prior order. Rather, he seeks to relitigate issues the Court already decided. Accordingly, Wean's construes motions for reconsideration (Docs. 83, 84, and 85) are **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on April 24, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1