UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD WEAN,

    Plaintiff,

v.                                      Case No.:  2:23-cv-302-SPC-NPM

MELINDA MASTERS, YEN LE,
JON P. CARNER, and JARAD
ANDERSON,

    Defendants.
_____/

## OPINION AND ORDER

    Before the Court are two motions filed by Plaintiff Richard Wean and the Clerk's Minutes from a settlement conference held by Judge Kyle Dudek. Wean is an involuntarily committed resident of the Florida Civil Commitment Center (FCCC), and he sues four current and former FCCC officials for failing to provide a mattress that can support his weight and adequate treatment for pain he attributes to sleeping on an inadequate mattress.  The settlement conference ended with the parties at an impasse.  The next step is to give the parties an opportunity to file motions for summary judgment.  To that end, the Court sets a deadline of December 4, 2025, for dispositive motions.  The requirements set out in paragraph 4 of the Court's original scheduling order

(Doc. 53) apply. The parties should carefully review them before filing a dispositive motion.

The Court turns to Wean's pending motions. The first is titled, Motion for Order to Compel Defendants to Provide Medically Ordered Medical Mattress (Doc. 99). Motions to compel normally seek to enforce a party's discovery obligations. *See* Fed. R. Civ. P. 37. But Wean's motion asks the Court to resolve a core issue in this case—that is, whether Wean is entitled to a special mattress that can support his weight. Thus, the motion is more like a motion for partial summary judgment under Rule 56 than a motion to compel under Rule 37. But Wean has not complied with the requirements set out in Rule 56 or the Court's scheduling order (Doc. 53). The Court will thus deny the motion. Wean may renew his request in a motion for summary judgment that complies with the relevant requirements.

Wean's second motion (Doc. 105) requests an extension of the discovery deadline. Discovery was initially due on January 6, 2025. (Doc. 53). It was disrupted by a bankruptcy stay, and the Court extended the deadlines multiple times at the parties' request. But discovery ultimately ended on May 26, 2025. (*See* Doc. 91). Since the deadline has passed, Wean really asks the Court to reopen discovery, not extend it. But he does not give adequate justification. Wean states he received a CD with over 4,000 pages of discovery and needs more time to review it. He can do so without reopening the discovery period.

Accordingly, it is

**ORDERED:**

(1) The parties must file motions for summary judgment and any other dispositive motions by **December 4, 2025.**

(2) Plaintiff Richard Wean's Motion for Order to Compel Defendants to Provide Medically Ordered Medical Mattress (Doc. 99) and 2nd Motion for Order to Extend Deadline for Discovery 90 Days (Doc. 105) are **denied**.

**DONE** and **ORDERED** in Fort Myers, Florida on November 4, 2025.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: all parties